IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AND NOW, THIS _____ DAY OF March 12, IT IS HEREBY ORDERED THAT THE WITHIN IS DENIED.

_____
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Monty L. Grinage, | )<br>)<br>) |
| vs. | ) Case No. CR 02-148 |
| UNITED STATES OF AMERICA, | )<br>) |
| Respondent | )<br>)<br>) MOTION TO MODIFY AND/OR<br>) TERMINATE SUPERVISED RELEASE |

Comes Now, Petitioner, **Monty Grinage**, and moves this Honorable Court pursuant to Title 18 United States Code, Section 3583(e) (1) and Federal Rules of Criminal Procedure, to Modify and/or Terminate the imposed term of Supervised Release. Mr. **Grinage** shows the honorable Court the following:

1. On **September 26, 2003,** this Court imposed a sentence of **135 months,** to be followed by a term of **5** years supervised Release. Mr. **Grinage** was released from custody, after service of the imposed term of imprisonment on **February 4, 2011.**

2. Title 18 United States Code, Section 3583(e) (1) provides that:

   *(e) Modification of conditions or revocation. The Court may, after considering factors set forth in section 3583(a) (1), (a(2) (B), (a) (2) ©, (a) (2) (D), (a) (4), (a) (5), (a) (6), and (a) (7)-(1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice. (emphasis added)*

1